UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-20884-CR-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

EDELSO SANCHEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Alicia M. Otazo-Reyes on January 13, 2016, [D.E. 29]. A Report and Recommendation by the Magistrate Judge, [D.E. 33], filed on January 22, 2016 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Alicia M. Otazo-Reyes, is hereby adopted and approved in its entirety. The Defendant is adjudged guilty of the offense charged in the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this 10 day of February, 2016.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc: All counsel of record